STATE OF CONNECTICUT *v.* DEAN MILLIGAN
(11106)

DALY, FOTI and LANDAU, Js.

Argued October 27—decision released November 17, 1992

*John C. Levanti,* for the appellant (defendant).

*Jack W. Fischer,* deputy assistant state's attorney, with whom, on the brief, were *C. Robert Satti, Sr.,* state's attorney, and *Geoffrey Marion,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.